**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 08-cv-01908-REB-MEH

ALEUT MANAGEMENT SERVICES, LLC, an Alaska limited liability company with its company headquarters located in the State of Colorado,

    Plaintiff,

v.

INDYNE, INC., a Maryland corporation,

    Defendant.

## MINUTE ORDER[1]

    The matter comes before the court on **Defendant Indyne, Inc.'s Motion To Transfer Venue Pursuant to 28 U.S.C. § 1404(a)** [#8] filed October 20, 2008. The motion is **STRICKEN** for failure to comply with REB Civ. Practice Standard V.B1.

    Dated: October 21, 2008

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.