IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01908-CMA-MEH

ALEUT MANAGEMENT SERVICES, LLC, an Alaska limited liability company with its company headquarters located in the State of Colorado,

      Plaintiff,

v.

INDYNE, INC., a Maryland Corporation,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 24, 2008.**

      The Joint Motion to Vacation [sic] Scheduling Conference [filed October 22, 2008; docket #12] is **granted in part and denied in part**. The Scheduling Conference set in this case for October 31, 2008, is hereby converted to a Status Conference. The conference will take place in Courtroom 203 on the second floor of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

      Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show a valid photo identification. *See* D.C. Colo. LCivR 83.2B.