**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 08-cv-01908-CMA-MEH

ALEUT MANAGEMENT SERVICES, LLC, an Alaska limited liability company with its
company headquarters located in the State of Colorado,

      Plaintiff,

v.

INDYNE, INC., a Maryland Corporation,

      Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

      This matter is before the Court on the parties' Joint Motion to Dismiss (Doc.

# 32).  The Court having reviewed the file and being fully advised in the premises,

hereby

      ORDERS that this action be DISMISSED WITH PREJUDICE, including all claims

and counterclaims, each party to bear its own costs and attorney fees.

      DATED:  February   24  , 2009

                              BY THE COURT:

                              _____

                              CHRISTINE M. ARGUELLO
                              United States District Judge